SAFFOLD v. SCOTTISH-AMERICAN MORTGAGE CO. et al.

ATKINSON, J.  Under the facts disclosed by the record, there was no error
in refusing to grant an injunction or to appoint a receiver.

*Judgment affirmed. All the Justices concurring.*

Argued June 10,—Decided July 9, 1897.

Petition for injunction, etc. · Before Judge Lumpkin.   Ful-
ton county.   February 22, 1897.

*John C. Reed,* for plaintiff.   *Anderson, Anderson & Grace,
W. B. Wingfield* and *King & Anderson,* for defendants.

---

HAMMACK, LUCAS & COMPANY v. SIMMONS.

LITTLE, J.  Under the pleadings in this case, the question involved being
the right of a tenant to sublet the rented premises, and, upon the issue
as to whether such tenant had in fact sublet the premises, the trial judge
having exercised the discretion vested in him by law in the matter of
granting or refusing an injunction against the alleged sublessee, this court
can not, under the facts as they appear in the record, say that there was
any abuse of this discretion on the part of the presiding judge in denying
the injunction.   ( Civil Code, ₴ 4920. )

· *Judgment affirmed. All the Justices concurring.*

Argued June 10,—Decided July 9, 1897.

Petition for injunction.   Before Judge Lumpkin.   Fulton
county.   May 12, 1897.

*W. R. Hammond* and *L. J. Langley,* for plaintiffs.
*Simmons & Corrigan,* for defendant.